FILED
MAR 06 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8204

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Maria Angelica QUEVEDO-Quinones | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about March 5, 2008, within the Southern District of California, defendant Maria Angelica QUEVEDO-Quinones did knowingly and intentionally import approximately 43.38 kilograms (95.44 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, March 6, 2008.

Peter C Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Maria Angelica QUEVEDO-Quinones

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Behm.

On March 5, 2008, at approximately 0845 hours, Maria Angelica QUEVEDO-Quinones entered the United States at the Calexico, California, West Port of Entry. QUEVEDO was the driver of a 1992 Toyota Camry.

At the primary lanes, QUEVEDO gave the primary inspector. Customs and Border Protection Officer (CBPO) J. Bolanos a negative oral Customs declaration. The primary inspector noticed a compartment in the trunk of the vehicle. The primary inspector escorted QUEVEDO and the vehicle to the secondary lot.

In the secondary lot, a canine alerted to the presence of narcotic odor in QUEVEDO's vehicle. The canine officer, CBPO Alba, notified CBPO R. Castillo of the alert.

A subsequent inspection of the vehicle revealed 32 packages inside a specially built, non-factory compartment in the trunk. One of the packages was probed by CBPO Castillo and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 32 packages had a combined net weight of approximately 43.38 kilograms (95.44 pounds).

QUEVEDO was placed under arrest and advised of her Miranda Rights, which he acknowledged and waived. QUEVEDO admitted knowledge of the marijuana in the vehicle. QUEVEDO stated she was to be paid $1,000.00 to smuggle the marijuana into the United States.