FILED
APR - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARIA ANGELICA QUEVEDO-QUINONES, Defendant. | ) | Criminal Case No. 08CR0993-BEN<br>INFORMATION<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |

The United States Attorney charges:

On or about March 5, 2008, within the Southern District of California, defendant MARIA ANGELICA QUEVEDO-QUINONES, did knowingly and intentionally import approximately 43.38 kilograms (95.44 pounds) of Marijuana (gross weight), a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 2, 2008 .

KAREN P. HEWITT
United States Attorney

[signature]
W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
4/1/08